■ Charles W. Hairgrow, Appellant, v. Helen L. Banks, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ The People of the State of New York, Respondent, v. Chester Blakeman, Appellant. — Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ Ivy B. Innis, Respondent, v. Hepburn H. Innis, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ In the Matter of the Arbitration between Lockheed Aircraft Corporation, Appellant, and Chance Vought Aircraft, Incorporated, et al., Respondents. — Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ New York, Susquehanna and Western Railroad Company, Respondent, v. Central Railroad Company of New Jersey et al., Appellants. — In granting a declaratory judgment, construing the provisions of agreements among certain railroads for division of freight revenues, the court below, in deciding for the plaintiff, held that the findings of the Interstate Commerce Commission in Borough of Edgewater, N. J. v. Arcade & Attica R. R. Corp. (280 I. C. C. 121), which were reviewed by a three-judge statutory court in Baltimore & Ohio R. R. Co. v. United States (100 F. Supp. 1002), were res judicata. It is our conclusion that those findings of the commission were not res judicata as to the issues presented in the instant action. Absent the controlling effect of these findings, there is insufficient proof in the record upon which the court could determine the rights and liabilities of the parties under the disputed agreements. Judgment unanimously reversed and the complaint dismissed, without prejudice. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ Sylvia Gluckstern, Respondent, v. Philip Gluckstern, Appellant. — Order entered January 3, 1957, finding appellant guilty of contempt, order entered January 10, 1957, resettling the amended judgment dated February 16, 1956, and for other relief, and order entered January 10, 1957, continuing the custody of the infant Lewis in the respondent and fixing visitation rights, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ Harry Trugman, Appellant, v. Murray Trugman et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ Rita O'Brien, Respondent, v. Herbert Blumenthal, Appellant. — Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ In the Matter of Textile Realty Corporation, Respondent-Appellant, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. — Order modified so as to fix the land value at $1,500,000 and building value at $3,500,000 for each of the years under review. On the record before this court the values now fixed are warranted. Concur — Peck, P. J., Breitel, Botein and Valente, JJ.; Frank, J. dissents and votes to affirm. Settle order on notice.